JOHN B. WARNOCK, Appellant, *v.* GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

(Argued June 7, 1932; decided June 21, 1932.)

*Harold G. Aron, William Cattron Rigby* and *David A. Buckley, Jr.,* for appellant.

*Arthur W. Clement* and *Henry J. Bogatko* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: POUND, Ch. J.